1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CONNELL BRADLEY
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     No. CR-08-00862 SBA
                                        )
12 |              Plaintiff,            )     **STIPULATION AND ORDER FOR**
                                        )     **CONTINUANCE AND EXCLUSION OF**
13 | vs.                                )     **TIME UNDER THE SPEEDY TRIAL**
                                        )     **ACT, 18 U.S.C. 3161 ET. SEQ.**
14 | CONNELL BRADLEY                     )
                                        )     Current Date: March 3, 2009
15 |              Defendant.            )     Requested Date: March 24, 2009
     _____)
16

17        The parties in the above-captioned matter are scheduled to appear before the Court on

18 March 3, 2009 at 9:00 a.m. The parties stipulate and agree that the matter should be continued to

19 March 24, 2009 because (1) defense counsel just received voluminous records from Ohio, (2) the

20 Ohio records are not in any easily identifiable order and, although they contain many documents

21 that are not relevant to this case, there are some documents that will be necessary and it has been

22 time-consuming to sort them, (2) defense counsel has a Ninth Circuit argument on March 9 and

23 therefore will not be able to sufficiently focus on Mr. Bradley's matter by March 3, (3)

24 government counsel is in trial the week of March 16, (4) discovery provided by the government

25 covers seven different robberies with seven separate sets of evidence and it is taking the parties

26 additional time to sort through and weigh the relative strength of each charged, and (5) the

Stip re: Continue and Exclude                    1

1   parties are confident that the matter will resolve by plea rather than trial, but those plea

2   negotiations have not progressed sufficiently for resolution by March 3.  The parties are

3   optimistic that the terms of an agreement could be reached by March 24.  For all of these

4   reasons, the parties stipulate and agree that the ends of justice served by the continuance

5   requested herein outweigh the best interest of the public and the defendant in a speedy trial

6   because the failure to grant the continuance would deny the counsel for the defendant the

7   reasonable time necessary for effective preparation, taking into account the exercise of due

8   diligence.   The parties therefore stipulate and agree that time should be excluded pursuant to 18

9   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11                                                                                /S/

12
    Date: February 25, 2009                     Rebecca Sullivan Silbert
13                                               Assistant Federal Public Defender
                                                              /S/
14
    Date: February 25, 2009                     Christine Wong
15                                               Assistant United States Attorney

16
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
17   "conformed" signature (/S/) within this e-filed document.

18

19

20       Based on the reasons provided in the stipulation of the parties above, the Court hereby

21   FINDS that the ends of justice served by the continuance requested herein outweigh the best

22   interest of the public and the defendant in a speedy trial because the failure to grant the

23   continuance would deny the counsel for the defendant the reasonable time necessary for effective

24   preparation, taking into account the exercise of due diligence.  The Court makes this finding

25   based on the time needed for defense counsel to review the Ohio records, the time needed for

26   defense counsel's appeal and government counsel's trial, the need for the parties to sort through

Stip re: Continue and Exclude                        2

1  the discovery on the multiple charges in this case, and the continuing negotiations of the parties.

2       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

3  is continued to March 24, 2009 at 9:00 a.m., and that time is excluded from March 3, 2009 to

4  March 24, 2009 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

5

6       IT IS SO ORDERED.

7

8

9   _2/26/09_____              _Saundra B Armstrong_
    Date                          Honorable Saundra Brown Armstrong
10                                 Judge, United States District Court
                                   Northern District of California
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26