UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CONNELL BRADLEY,<br><br>    Defendant. | Case No: CR 08-00862 SBA<br><br>**ORDER**<br><br>Dkt. 24, 25 |

On May 31, 2011, Defendant sent the Court a letter requesting copies, free of charge, of "the Court Docket and the Sentencing Transcript." Dkt. 24, 25. Defendant has not specified the documents in the court docket of which he seeks copies. Id. Moreover, other than stating that he is "currently proceeding with a legal action that requires the documents," Defendant has not provided any details as to the purpose for which he seeks the documents. Id. Without further information pertaining to the documents Defendant seeks and the purpose for which he seeks them, the Court declines to grant Defendant's request based on the information provided. Accordingly, IT IS HEREBY ORDERED THAT Defendant's request for copies of "Court Docket and the Sentencing Transcript" is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: August 4, 2011

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

CONNELL BRADLEY et al,

        Defendant.
                                        /

Case Number: CR08-00862 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Connell Bradley** (1)
98371-111
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

Dated: August 4, 2011

                                    Richard W. Wieking, Clerk

                                                                         By:

                                    LISA R CLARK, Deputy Clerk