FILED
MAY -4 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0862-SBA-1 |
| Plaintiff, | **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |
| v. | |
| CONNELL BRADLEY, | |
| Defendant. | |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant on May 5, 2017, by or before 9:00 am and the defendant is ordered to report immediately to HealthRight360, located at 1731 Mission St., San Francisco, CA, to participate in a dual diagnosis treatment program for a period of 90 days.

**IT IS SO ORDERED.**

Dated: May 4, 2017

KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE